1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   EDWARD CASSAYRE
7

8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      )  No. Cr.S 12-453 AC
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND [PROPOSED]
13      v.                        )  ORDER TO VACATE STATUS
                                  )  CONFERENCE AND SET FOR
14 EDWARD CASSAYRE,               )  CHANGE OF PLEA
                                  )
15              Defendant.        )  Date: July 15, 2013
                                  )  Time: 9:00 a.m.
16 _____)  Judge: Hon. Allison Claire

17

18      IT IS HEREBY STIPULATED between the parties through their
19 respective counsel, Samuel Wong, Assistant United States Attorney, and
20 Linda C. Harter, Chief Assistant Federal Defender, attorney for EDWARD
21 CASSAYRE, that the Court vacate the status conference on June 3, 2013
22 at 9:00 a.m. and set for a change of plea on July 15, 2013 at 9:00 a.m.
23      The reasons for the continuance are that the parties are
24 continuing negotiations regarding the restitution issues and defense
25 counsel needs time to explain the final draft of the plea agreement
26 with Mr. Cassayre.
27       It is further stipulated that the time period from May 29, 2013,
28 through and including the date of the new hearing, July 15, 2013, shall

1  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A)
2  &(B)(iv) and Local Code T4, due to the need to provide defense counsel
3  with the reasonable time to prepare, and that the ends of justice to be
4  served by granting the continuance outweigh the best interests of the
5  public and the defendant in a speedy trial.
6  Dated:   May 29, 2013
                                            Respectfully submitted,
7
                                            HEATHER E. WILLIAMS
8                                           Federal Defender

9                                           /s/ Linda C. Harter
                                            LINDA C. HARTER
10                                          Chief Assistant Federal Defender
                                            Attorney for Defendant
11                                          EDWARD CASSAYRE

12
   Dated: May 29, 2013                      BENJAMIN B. WAGNER
13                                          United States Attorney

14                                          /s/ Samuel Wong
                                            SAMUEL WONG
15                                          Assistant United States Attorney

16                                **ORDER**

17      The Court, having received, read, and considered the stipulation
18  of the parties, and good cause appearing therefrom, adopts the
19  stipulation of the parties in its entirety as its order. Based on the
20  stipulation of the parties and the recitation of facts contained
21  therein, the Court finds that the failure to grant a continuance in
22  this case would deny defense counsel reasonable time necessary for
23  effective preparation, taking into account the exercise of due
24  diligence. The Court finds that the ends of justice to be served by
25  granting the requested continuance outweigh the best interests of the
26  public and the defendant in a speedy trial.
27      The Court orders that the time from the date of the parties'
28  stipulation, May 29, 2013, to and including the new July 15, 2013,

Stipulation and Order              -2-

1 change of plea hearing date shall be excluded from computation of time
2 within which the trial of this case must be commenced under the Speedy
3 Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and
4 Local Code T4 (reasonable time for defense counsel to prepare). It is
5 further ordered that the presently set June 3, 2013, status conference
6 shall be vacated and a change of plea hearing is set to July 15, 2013,
7 at 9:00 a.m.
8 IT IS SO ORDERED.

Dated: May 31, 2013

ALLISON CLAIRE
United States Magistrate Judge

Stipulation and Order                -3-